```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0135--CV (JWS)
                   "USA V 157 COUNTERFEIT NOKIA CELL TELEPHONES"

           Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
   Referral Rule: 4(12)
           Filed: 06/15/05
          Closed: NO

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (690) Other forfeiture and penalty suits
                  FORFEITURE OF COUNTERFEIT MERCHANDISE
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Waived
        Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | James N. Barkeley<br>U.S Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | 157 COUNTERFEIT NOKIA CELLULAR TELEPHONES, USER MANUALS, | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0135--CV (JWS)
          "USA V 157 COUNTERFEIT NOKIA CELL TELEPHONES"

                       For all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule: 4(12)
             Filed: 06/15/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (690) Other forfeiture and penalty suits
                    FORFEITURE OF COUNTERFEIT MERCHANDISE
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 06/15/05 | Verified Complaint for forfeiture filed w/att exh. |
| 2 - | 1 | 06/15/05 | PLF 1 motion (request) for judicial issuance of in rem warrant of arrest. |
| 2 - | 2 | 06/15/05 | Clerk's Notice granting motion (request) for judicial issuance of in rem warrant of arrest (2-1). |
| 3 - | 1 | 06/16/05 | JWS Minute Order that case referred to MJ Roberts per MJ Rule 4(12). cc: cnsl, MJ Roberts |
| NOTE - | 1 | 06/28/05 | Issued: In Rem Warrant of Arrest. |
| 4 - | 1 | 10/31/05 | JWS Minute Order that plf seek entry of dft w/i 10 days or case will be dism w/o prej. cc: cnsl |
| 5 - | 1 | 11/03/05 | PLF 1 Application for entry of default re: Mohammad Tahir Siddique w/att aff & exh. |
| 6 - | 1 | 11/10/05 | PLF 1 Supplement to application for entry of default w/att exhs. |
| 7 - | 1 | 11/14/05 | Clerk's Notice entering default as to Mohammad Tahir Siddique. cc: cnsl, M. Siddique |