**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   157 COUNTERFEIT NOKIA CELL PHONES

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:05-cv-00135

   Deputy Clerk                         Official Recorder

  Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Counsel for plaintiff is directed to file a report, on or before April 14, 2006, as to the status of the above-referenced case.

DATE:  March 31, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]