DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cv-135-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| 157 COUNTERFEIT NOKIA | ) | |
| CELLULAR TELEPHONES, | ) | |
| USER MANUALS, CHARGERS, | ) | |
| AND BATTERIES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, pursuant

to this Court's Order of March 31, 2006 (dkt. 8), and hereby submits this report as to the

status of this case.  The government plans to file its Motion for Decree of Forfeiture no later

than next **Friday, April 21, 2006.**

Respectfully submitted this 11th day of April, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2006, a true and correct
copy of the foregoing STATUS REPORT was sent via Certified U.S. Mail,
Return Receipt Requested, to:

Mohammad Tahir Siddique, CEO
COSMOS ERA, INC.
718 N. Elder Grove Drive
Pearland, TX 77584

s/James Barkeley

Cc:
Mary Lozano, Nokia Corporation, 6000 Connection Drive, Irving, TX 75039
David Goldfarb, Asst. Chief Counsel, U.S. Customs & Border Protection, Seattle, WA
Patrick McGownd, FP&F Officer, U.S. Customs & Border Protection, Anchorage, AK