DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-135-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DECREE OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| 157 COUNTERFEIT NOKIA | ) | |
| CELLULAR TELEPHONES, | ) | |
| USER MANUALS, CHARGERS, | ) | |
| AND BATTERIES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 55 and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Plaintiff United States of America respectfully moves this Court for entry of a decree of forfeiture.  Said motion is supported by the previously filed Verified Complaint for Forfeiture, In Rem Warrant of Arrest, and the attached Declaration

of Counsel.  A proposed decree of forfeiture is submitted herewith.

Respectfully submitted this 21st day of April, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2006, a true and correct copy of the foregoing MOTION FOR DECREE OF FORFEITURE and proposed DECREE OF FORFEITURE were sent via Certified U.S. Mail, Return Receipt Requested, to:

Mohammad Tahir Siddique, CEO
COSMOS ERA, INC.
718 N. Elder Grove Drive
Pearland, TX 77584

s/James Barkeley


Cc:
Mary Lozano, Nokia Corporation, 6000 Connection Drive, Irving, TX 75039
David Goldfarb, Asst. Chief Counsel, U.S. Customs & Border Protection, Seattle, WA
Patrick McGownd, FP&F Officer, U.S. Customs & Border Protection, Anchorage, AK