605 W 4th Avenue, Rm 203
Anchorage, AK 99501-2252



ATTN: FP&F Office

**U.S. Customs and Border Protection**

Phone: (907) 271-2688
Fax: (907) 271-4806



August 3, 2005

Ms. Katie Voke
U.S. DOJ Asset Forfeiture Program
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Re:   Anchorage Seizure Case No. 2004 3195 000 206 01
      Civil Action No. A05-135 CV (JWS)

Dear Katie:

Enclosed please find the Affidavit of Publication from the Alaska Journal of Commerce in the above-referenced case.

If you have any questions, please contact me at 271-2688.

                                    Sincerely,

                                    Linda Wilhelm
                                    Paralegal Specialist
                                    Fines, Penalties and Forfeitures

Enclosure

APPROVED FOR PAYMENT
call #120
$180.18

Fine Penalties & Forfeitures
Public Notice -- Line
FILE NO:   2004 3195 000 206 01
IO         05-0834

I CERTIFY THAT THE ABOVE ARTICLES WERE RECEIVED AND/OR SERVICE PERFORMED.
Barbara J. May
907-271-2682
8-2-05



## AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DISTRICT BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC THIS DAY PERSONALLY APPEARED LARA SANDVIK WHO, BEING FIRST DULY SWORN, ACCORDING TO LAW, SAYS THAT SHE IS THE BUSINESS MANAGER OF THE ALASKA JOURNAL OF COMMERCE PUBLISHED AT 301 ARCTIC SLOPE AVENUE, SUITE 350, IN
SAID THIRD DISTRICT AND STATE OF ALASKA AND THAT ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE COPY, WHICH WAS PUBLISHED IN SAID PUBLICATION APPEARING ON THE

07/10/05 #28
10th day of July, 2005

AND THEREAFTER FOR __2__ CONSECUTIVE WEEK(S) AND THE LAST PUBLICATION APPEARING ON THE

07/24/05 #30
24th day of July, 2005

LARA SANDVIK
BUSINESS MANAGER
SUBSCRIBED AND SWORN BEFORE ME
THIS 1st DAY OF August 2005

NOTARY PUBLIC STATE OF ALASKA
TRACY L. ALLISON
NOTARY PUBLIC
STATE OF ALASKA
My Commission expires
My Comm. Exp. 01/14/09

ATTACH PROOF OF PUBLICATION HERE

**Public Notices**

2004 3195 000 206 01

Notice of UNITED STATES OF AMERICA v. 157 COUNTERFEIT NOKIA CELLULAR TELEPHONES, USER MANUALS, CHARGERS, AND BATTERIES, Case No. A05-135 CV (JWS)

To all interested persons in the above-styled case, notice is hereby given that on June 15, 2005, the United States of America filed an action pursuant to 19 U.S.C. § 1526(e), 19 U.S.C. § 1595a(C)(2)(C), 15 U.S.C. § 1124, and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of 157 COUNTERFEIT NOKIA CELLULAR TELEPHONES, USER MANUALS, CHARGERS, AND BATTERIES.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, **not later than 30 days** after the final publication of this notice, or service of the Governments complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint **not later than 20 days** after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 West 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney James Barkeley at 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Pub: 7/10, 17 & 24, 2005
I.O.# 05-0834

Exhibit __1__
Page __2__ of __2__ pages