TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A 0 5 - 1 3 5 . CV (JWS)(JDR) |
| | ) | |
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| 157 COUNTERFEIT NOKIA | ) | |
| CELLULAR TELEPHONES, | ) | |
| USER MANUALS, CHARGERS, | ) | |
| AND BATTERIES, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

This is a civil action i[n rem...]

19 U.S.C. § 1595a(c)(2)(C)...

Defendant property, des[cribed as ... COUNTERFEIT NOKIA CELLULAR]

TELEPHONES, USER M[ANUALS, CHARGERS, AND BATTERIES...]

Exhibit 2
Page 1 of 1 pages

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mohammad Tahir Siddique
COSMOS ERA, INC.
718 N. Elder Grove Drive
Pearland, TX 77584

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 6/24/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7001 2510 0002 1406 2881

PS Form 3811, August 2001   Domestic Return Receipt