NOTICE OF:

<u>United States of America v. 157 Counterfeit Nokia Cellular Telephones, User Manuals, Chargers, & Batteries</u>
Case No. A05-135 CV (JWS)

To all interested persons in the above-styled case, notice is hereby given that on June 15, 2005, the United States of America filed an action pursuant to 19 U.S.C. §§ 1526(e) and 1595a(c)(2)(C), 15 U.S.C. § 1124, and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of 157 COUNTERFEIT NOKIA CELLULAR TELEPHONES, USER MANUALS, CHARGERS, AND BATTERIES.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Exhibit 3
Page 1 of 1 pages

[Certified mail return receipt card addressed to:]

Mohammad Tahir Siddique, CEO
COSMOS ERA, INC.
718 N. Elder Grove Drive
Pearland, TX 77584

Article Number: 7004 0750 0003 2886 8507

Service Type: Certified Mail, Return Receipt for Merchandise