Date July 6, 2005

FROM     COSMOS ERA INC

TO        JAMES BARKELY (assistant U.S Attorney)

Subject:    Case No    A 05-135. CV

Dear James

We would like to inform you that we want to with draw our case and would request
To refund the us$700.00 bond which we have filed for the case.

Actually it's been so long time that we have the filed our case for the shipment release. We have also mention in our old letter that it was not our fault because we have the purchase order for the original OEM accessories, but that company sends us the wrong products. Now that company is also bankrupt and no more in the business.

We will be really appreciated if you can refund us the bond amount $700 and close the case.
If you have any question pls feel free to call us.

Thanks in advance.

M. Tahir Siddique
CEO
Cosmos era Inc.
281 948 4700.

Exhibit 1
Page 1 of 1 pages