**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary Lozano
Nokia Corporation
6000 Connection Drive
Irving, TX 75039

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                                ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)

7004 0750 0003 2886 8491

PS Form 3811, February 2004    Domestic Return Receipt          102595-02-M-1540

Exhibit 5
Page ___ of ___ pages