IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 3:05-cv-135-JWS |
| ) | |
| Plaintiff,      ) | **DECREE OF FORFEITURE** |
| v.      ) | |
| ) | |
| 157 COUNTERFEIT NOKIA      ) | |
| CELLULAR TELEPHONES,      ) | |
| USER MANUALS, CHARGERS,      ) | |
| AND BATTERIES,      ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

On June 15, 2005, a Verified Complaint for Forfeiture against the Defendant property was filed on behalf of the Plaintiff, United States of America (docket 1). The Complaint alleged that the Defendant property, described as 157 COUNTERFEIT NOKIA CELLULAR TELEPHONES, USER MANUALS, CHARGERS, AND BATTERIES, constitutes imported merchandise which copied or simulated a registered trademark and/or bore a name or mark calculated to induce the public to believe that the property was manufactured in the United States in violation of 15 U.S.C. § 1124, and merchandise imported into the United States without the written consent of the trademark owner to use the registered trademark name at the time of importation in violation of 19 U.S.C. § 1526(a), and merchandise imported into the United States with the written consent of the trademark owner in violation of 15 U.S.C. § 1124 and 19 U.S.C. § 1337, is, therefore, subject to forfeiture to the United States of America pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C).

It appearing that process was fully issued in this action and returned according to law;

The Defendant property is now in the custody of United States Customs and Border Protection;

That notice of this action was published in the Alaska Journal of Commerce on July 10, 17, and 24, 2005;

That on June 22, 2005, Mohammad Tahir Siddique, Cosmos Era, Inc., was personally served with copies of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest, via Certified U.S. Mail, Return Receipt Requested;

That on July 2, 2005, Mohammad Tahir Siddique, Cosmos Era, Inc., was personally served with notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested;

That on July 6, 2005, Mohammad Tahir Siddique, Cosmos Era, Inc., submitted a letter to the government withdrawing his claim in this case and requesting that the government refund the $700 bond that he submitted to bring this case;

That Mary Lozano, Enforcement Manager for the Americas, Nokia Corporation, was personally served with copies of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest, via U.S. Mail, sent on June 15, 2005;

That on July 6, 2005, Mary Lozano, Enforcement Manager for the Americas, Nokia

Corporation, was personally served with notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested;

That Claimant Cosmos Era, Inc. failed to file a claim or answer to the Complaint pursuant to Admiralty Rule C;

That the time for filing has expired, and no claims or answers have been filed in this action;

That on November 14, 2005, the Clerk of Court entered an Entry of Default in Rem (docket 7) against all persons and entities claiming an interest in the in rem Defendant property;

Now, therefore, on motion of the Plaintiff, United States of America, for a decree of forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED that the Defendant property, 157 COUNTERFEIT NOKIA CELLULAR TELEPHONES, USER MANUALS, CHARGERS, AND BATTERIES, be forfeited to the United States, and no right, title, or interest in the property shall exist in any other party. The Defendant property shall be disposed of by United States Customs and Border Protection according to law.

DATED:_____

_____
HON. JOHN W. SEDWICK
United States District Court Judge