DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-135-JWS |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| v. ) | **IN SUPPORT OF MOTION FOR** |
| ) | **DECREE OF FORFEITURE** |
| 157 COUNTERFEIT NOKIA ) | |
| CELLULAR TELEPHONES, ) | |
| USER MANUALS, CHARGERS, ) | |
| AND BATTERIES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   I, JAMES BARKELEY, am an Assistant United States Attorney and represent the

Plaintiff, the United States of America, in this action.

   1.   A Verified Complaint for Forfeiture was filed on June 15, 2005. The

Complaint alleges that the Defendant property, described as 157 COUNTERFEIT NOKIA

CELLULAR TELEPHONES, USER MANUALS, CHARGERS, AND BATTERIES,

constitutes imported merchandise which copied or stimulated a registered trademark and/or bore a name or mark calculated to induce the public to believe that the property was manufactured in the United States in violation of 15 U.S.C. § 1124, and merchandise imported into the United States without the written consent of the trademark owner to use the registered trademark name at the time of importation in violation of 19 U.S.C. § 1526(a), and merchandise imported into the United States without the written consent of the trademark owner in violation of 15 U.S.C. § 1124 and 19 U.S.C. § 1337, and is, therefore, subject to forfeiture to the United States of America pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C).

2. An <u>In Rem</u> Warrant of Arrest was issued by the Court on June 21, 2005, providing that all persons interested in the Defendant property were required to file their verified statements with the Clerk of Court within 30 days of the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Also pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to the undersigned.

3. Notice of this action was published by United States Customs and Border Protection in the Alaska Journal of Commerce on July 10, 17, and 24, 2005. Exhibit 1.

4. Mohammad Tahir Siddique, Cosmos Era, Inc., was personally served with copies of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest on June 22, 2005 via Certified U.S. Mail, Return Receipt Requested. Exhibit 2.

5. Mohammad Tahir Siddique, Cosmos Era, Inc., was personally served with notice of this judicial forfeiture action on July 2, 2005 via Certified U.S. Mail, Return Receipt Requested. Exhibit 3.

6 On July 6, 2005, Mohammad Tahir Siddique, Cosmos Era, Inc. submitted a letter to the undersigned withdrawing his claim in this case and requesting that the government refund the $700 bond that he filed to initiate this case. Exhibit 4.

7. Mary Lozano, Enforcement Manager for the Americas, Nokia Corporation, was personally served with copies of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest via U.S. Mail sent June 15, 2005.

8. Mary Lozano, Enforcement Manager for the Americas, Nokia Corporation, was personally served with notice of this judicial forfeiture action on July 6, 2005 via Certified U.S. Mail, Return Receipt Requested. Exhibit 5.

9. Claimant Cosmos Era, Inc. failed to file a claim or answer to the Complaint pursuant to Admiralty Rule C.

10. No claims or answers have been filed in this action, and the time for filing has

expired.

11.	On November 14, 2005, the Clerk of Court entered an Entry of Default in Rem (docket 7) against all persons and entities claiming an interest in the Defendant property.

12.	Declarant knows of no reason why a decree for the forfeiture of the Defendant property should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of April, 2006 in Anchorage, Alaska.

>	DEBORAH M. SMITH
>	Acting United States Attorney
>
>	s/James Barkeley
>	JAMES BARKELEY
>	Assistant U.S. Attorney
>	Federal Building & U.S. Courthouse
>	222 W. 7th Avenue, #9, Room 253
>	Anchorage, AK 99513-7567
>	Phone: (907) 271-3699
>	Fax: (907) 271-1500
>	Email: jim.barkeley@usdoj.gov
>	Alaska Bar No. 8306019